IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>          Plaintiff,<br><br>     v.<br><br>AGROFRESH, INC., AGROFRESH SOLUTIONS, INC., JORDI FERRE AND GRAHAM MIAO,<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-4274 |

**O R D E R**

**AND NOW**, this 14th day of February, 2020, upon consideration of the parties' discussions at the Rule 16 conference, **IT IS ORDERED** that Defendants' Motion to Dismiss (ECF 6) is **DENIED** as **MOOT**.

                              BY THE COURT:

                              /s/Wendy Beetlestone, J.
                              _____
                              **WENDY BEETLESTONE, J.**